CERTIFIED A TRUE COPY
Jessica J. Lyublanovits
By /s/ _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MJ 19-3498

UNITED STATES OF AMERICA

v.

VICTOR I. CHUKWU

_____/

SEALED
INDICTMENT

3:18cr121/RV

**THE GRAND JURY CHARGES:**

### COUNT ONE

#### A. THE CHARGE

Between on or about March 1, 2017, and on or about March 31, 2017, in the Northern District of Florida and elsewhere, the defendant,

**VICTOR I. CHUKWU,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to devise, and intend to devise, a scheme to defraud and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, and to cause wire communications to be transmitted in interstate commerce for the purpose of executing such scheme, in violation of Title 18, United States Code, Section 1343.

Returned in open court pursuant to Rule 6(f)
December 18, 2018
Date
_____
United States Magistrate Judge

## B. MANNER AND MEANS

The manner and means by which this conspiracy was committed included the following:

1. Claiming to be a man named "Oscar," the conspirators contacted J.B. via her Facebook page.

2. The conspirators sent J.B. messages falsely professing "Oscar's" love for J.B.

3. When J.B. did not reciprocate, the conspirators sent J.B. Facebook communications threatening the safety of J.B.'s family members.

4. The conspirators falsely claimed that J.B. would have to pay money to keep her family members safe.

5. The conspirators caused J.B. to deposit $4,500 in a certain Bank of America account to ensure the safety of her family members; this Bank of America account belonged to **VICTOR I. CHUKWU**.

6. **VICTOR I. CHUKWU** took J.B.'s money and transmitted it to a foreign bank account.

All in violation of Title 18, United States Code, Section 1349.

## COUNT TWO

### A. THE CHARGE

Between on or about March 1, 2017, and on or about March 31, 2017, in the Northern District of Florida and elsewhere, the defendant,

**VICTOR I. CHUKWU,**

did knowingly and willfully devise, and intend to devise, a scheme to defraud and for obtaining money and property by means of material false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme, did cause a wire communication to be transmitted in interstate commerce.

### B. SCHEME TO DEFRAUD

It was part of the scheme to defraud that:

1. Claiming to be a man named "Oscar," **VICTOR I. CHUKWU** and his accomplices contacted J.B. via her Facebook page.

2. **VICTOR I. CHUKWU** and his accomplices sent J.B. messages falsely professing "Oscar's" love for J.B.

3. When J.B. did not reciprocate, **VICTOR I. CHUKWU** and his accomplices sent J.B. Facebook communications threatening the safety of J.B.'s family members.

4. **VICTOR I. CHUKWU** and his accomplices falsely claimed that J.B. would have to pay money to keep her family members safe.

5. **VICTOR I. CHUKWU** and his accomplices caused J.B. to deposit $4,500 in a certain Bank of America account to ensure the safety of her family members; this Bank of America account belonged to **VICTOR I. CHUKWU**.

6. **VICTOR I. CHUKWU** took J.B.'s money and transmitted it to a foreign bank account.

## C. WIRE COMMUNICATION

On or about March 23, 2017, for the purpose of executing the scheme to defraud, the defendant,

**VICTOR I. CHUKWU,**

knowingly did cause a wire communication, namely a $4,500 deposit into a Bank of America account, to be transmitted in interstate commerce.

In violation of Title 18, United States Code, Sections 1343 and 2.

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. From his engagement in the violations alleged in Counts One and Two of this Indictment, the defendant,

**VICTOR I. CHUKWU,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all of the

4

defendant's right, title, and interest in any property, real and personal, constituting, and derived from, proceeds traceable to such offenses.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred, sold to, or deposited with a third party;

    iii. has been placed beyond the jurisdiction of this Court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

███████████████

FOREPERSON

DATE Dec 18, 2018

CHRISTOPHER P. CANOVA
United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

6